PETER HARTWIG, Respondent, *v.* THE BAY STATE SHOE AND LEATHER COMPANY, Appellant.

*Court of Appeals, December 20, 1889.*

Reversing 43 Hun, 425.

*Negligence. Contributory.*—A convict, whose services are hired by the defendant, and who is injured in using a machine for making boots and shoes, is guilty of contributory negligence, in attempting to adjust the mold while the press is in motion, and in putting his fingers on the top, instead of the side, of the mold, when attempting to adjust it.

Appeal from a judgment of the general term of the supreme court, affirming a judgment entered upon a verdict, and an order denying a motion for a new trial.

*W. C. Beecher*, for appellant.

*Charles J. Patterson*, for respondent.

FOLLETT, Ch. J.—The plaintiff was negligent in attempting to adjust the mold while the press was in motion, and also in putting the finger which was injured on the top of the mold instead of its side when attempting to adjust it. Each of these acts contributed to the injury and the trial court erred in refusing the defendant's motion for a nonsuit.

The judgment should be reversed and a new trial granted, with costs to abide the event.

POTTER, VANN, and PARKER, JJ., concur. BROWN, J. not sitting. BRADLEY and HAIGHT, JJ., not voting.